UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROGER SMART, Docket No.: 1:25-cv-00560

Plaintiff,

against

TRANSUNION, LLC.

Defendant.

------------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FRCP 41(a)(1)(A)(ii)**

Plaintiff, ROGER SMART, and Defendant, TRANSUNION, LLC, through their respective counsel, hereby stipulate and agree that all claims and causes of action asserted by Plaintiff against the Defendant in the above-captioned action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party shall bear their own costs, expenses, and attorneys' fees.

Dated: June 26, 2025

Respectfully submitted,


April Forbes, Esq.
April Forbes, P.C.
Counsel for Plaintiff
P.O. Box 865
Hudson, New York 12534

Andrew G. Hope, Esq.
Buchanan Ingersoll & Rooney, P.C.
Counsel for Defendant
50 S. 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102